IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| LAWRENCE VERLINE WILDER, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 7:15-CV-235-FL |
| | ) | |
| LORETTA LYNCH, US Attorney General, et al., | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| LAWRENCE VERLINE WILDER, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 7:15-cv-00236-FL |
| | ) | |
| WILMINGTON NC POLICE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This matter is before the court on the memorandum and recommendation ("M&R") of Magistrate Robert T. Numbers, II, pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), wherein it is recommended that the court dismiss plaintiff's complaints on frivolity review under 28 U.S.C. § 1915(e)(2)(B). Plaintiff did not object to the M&R. The magistrate judge determined that plaintiff's allegations are almost entirely unintelligible and raise delusional and fantastical claims. Dismissal is warranted pursuant to Neitzke v. Williams, 490 U.S. 319, 325 (1989) and

Denton v. Hernandez, 504 U.S. 25, 32–33 (1992). Therefore, upon careful review of the M&R and the record generally, finding no error in this determination, the court ADOPTS the findings and recommendations of the magistrate judge. This action is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B). The clerk is directed to close this case.

    SO ORDERED, this the 9th day of May, 2016.

                                    LOUISE W. FLANAGAN
                                    United States District Judge